# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff(s),<br><br>v.<br><br>RICHARD JOSEPH,<br><br>　　　　　　　Defendant(s). | Case No. 2:17-mj-00698-NJK<br><br>**ORDER**<br><br>(Docket Nos. 12, 13) |

　　　Pending before the Court is the Government's motion to withdraw, Docket No. 13, which is **GRANTED**. The motion to strike at Docket No. 12 is hereby deemed **WITHDRAWN**.

　　　IT IS SO ORDERED

　　　Dated: July 21, 2017

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge